UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
IN RE: EUROPEAN RAIL
ALL AIRLINES
-against-

JLE TRAVEL
-----------------------------------------------------

Docket Number: 00 CV 6911 (LAP)

NOTICE OF REASSIGNMENT

The above-entitled action is:

[ X ]Reassigned to the Hon. LORETTA A. PRESKA (LAP)
****RELATED TO M-21-91****MDL 1386****

[ ] Reassigned Referral to Hon. ,Magistrate Judge

[ ] Reassigned Designation to Hon. ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

Ruby J. Krajick
Clerk of Court

Dated: 08/26/2011

By: PHYLLIS ADAMIK
Deputy Clerk